IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JAMES LEE HASTINGS, #149 212, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 2:06v350-ID |
| ) | (WO) |
| KENNETH JONES, et al., ) | |
| ) | |
| Respondents. ) | |

**ORDER**

Upon CONSIDERATION of the Recommendation of the Magistrate Judge, filed April 21, 2006, and Petitioner's Objection, filed May 1, 2006, it is ORDERED that:

1. Petitioner's Objection be and the same is hereby OVERRULED;

2. the Recommendation of the Magistrate Judge be and the same is hereby ADOPTED, APPROVED and AFFIRMED;

3. the petition for habeas corpus relief be and the same is hereby DENIED; and

4. this case be and the same is hereby DISMISSED with prejudice.

DONE this 4th day of May, 2006.

/s/ Ira DeMent
SENIOR UNITED STATES DISTRICT JUDGE