IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

JAMES LEE HASTINGS, #149 212,      )
                                   )
          Petitioner,              )
                                   )
v.                                 )      CIVIL ACTION NO. 2:06v350-ID
                                   )              (WO)
KENNETH JONES, et al.,             )
                                   )
          Respondents.             )

**FINAL JUDGMENT**

In accordance with the prior proceedings and the court's order entered this same

date, it is CONSIDERED, ORDERED and ADJUDGED that judgment be and the same is

hereby ENTERED in favor of Respondents and against Petitioner and that Petitioner take

nothing by his said suit.

DONE this 4th day of May, 2006.

/s/ Ira DeMent
SENIOR UNITED STATES DISTRICT JUDGE